# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 10-00268-01-CR-W-DGK |
| STEVE RAY WALLS, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Dismiss Indictment (Doc. 29), the Government's response (Doc. ), and United States Magistrate Judge Robert E. Larsen's Report and Recommendation recommending that the motion be denied (Doc. 34).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's Motion to Dismiss (Doc. 29) is hereby DENIED.

**IT IS SO ORDERED.**

Date: July 30, 2012          /s/ Greg Kays
                             GREG KAYS, JUDGE
                             UNITED STATES DISTRICT COURT